**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| **v.** | : | **DATE FILED: ___________** |
| **TAMIR SHAKOOR KENNEDY a/k/a "King Mir," STEPHEN MACKEY** | : | **VIOLATIONS: 21 U.S.C. §§ 846, 860(a), 841(a)(1), (b)(1)(A) (conspiracy to distribute 50 grams or more of methamphetamine within 1,000 feet of a protected location – 1 count) 21 U.S.C. § 841(a)(1), (b)(1)(A) (distribution of 50 grams or more of methamphetamine – 7 counts) 21 U.S.C. § 860(a) (distribution of methamphetamine within 1,000 feet of a protected location – 7 counts) 18 U.S.C. § 2 (aiding and abetting) Notices of forfeiture** |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

From on or about April 27, 2026, through on or about September 3, 2026, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**TAMIR SHAKOOR KENNEDY,**
**a/k/a "King Mir," and**
**STEPHEN MACKEY**

conspired and agreed, together and with others known and unknown to the grand jury, to knowingly and intentionally distribute 50 grams or more, that is, approximately, 246.5 grams, of methamphetamine, a Schedule II controlled substance, within 1,000 feet of a public secondary school, that is, the Vaux Big Picture High School, located at 2300 W. Master Street,

Philadelphia, Pennsylvania, in violation of Title 21, United States Code, Sections 860(a), 841(a)(1), (b)(1)(A).

## MANNER AND MEANS

It was part of the conspiracy that:

1. Defendant TAMIR SHAKOOR KENNEDY arranged and coordinated methamphetamine sales to a confidential source (CS) through phone calls and text messaging.

2. Defendant TAMIR SHAKOOR KENNEDY met with and delivered methamphetamine to the CS on multiple occasions at a parking lot on the 2400 block of Ingersoll Street, Philadelphia, Pennsylvania, within 1,000 feet of the real property comprising a public secondary school, that is, the Vaux Big Picture High School, located at 2300 W. Master Street, Philadelphia, Pennsylvania.

3. Defendants TAMIR SHAKOOR KENNEDY and STEPHEN MACKEY coordinated the transfer of methamphetamine from defendant MACKEY to defendant KENNEDY, prior to KENNEDY meeting with the CS.

4. Defendant STEPHEN MACKEY packaged methamphetamine at 2511 Ingersoll Street and would meet defendant KENNEDY to supply him plastic shopping bags containing methamphetamine to sell to the CS.

## OVERT ACTS

In furtherance of the conspiracy, and to accomplish its objects, the defendants, and others known and unknown to the grand jury, committed the following overt acts, among others, in the Eastern District of Pennsylvania, and elsewhere:

1. On or about April 26, 2026, defendant TAMIR SHAKOOR KENNEDY exchanged text communications with the CS, informing the CS that there was methamphetamine available.

On or about April 27, 2026, in Philadelphia:

2. Defendant TAMIR SHAKOOR KENNEDY agreed to meet the CS to sell the CS methamphetamine.

3. Defendant STEPHEN MACKEY left his residence at 2511 Ingersoll Street and met with defendant TAMIR SHAKOOR KENNEDY at the corner of 25th and Ingersoll Streets.

4. Defendant STEPHEN MACKEY handed a black bag containing approximately 246.5 grams of methamphetamine to defendant TAMIR SHAKOOR KENNEDY.

5. Defendant TAMIR SHAKOOR KENNEDY proceeded directly to a parking lot located on the 2400 block of Ingersoll Street, within 1,000 feet of the real property comprising a public secondary school, that is, the Vaux Big Picture High School located at 2300 W. Master Street, Philadelphia, Pennsylvania, and handed the same black plastic bag to the CS for $1,600.

On or about August 18, 2026, in Philadelphia:

6. Defendant TAMIR SHAKOOR KENNEDY and the CS exchanged text messages, agreeing to meet, for the CS to purchase a half-pound of methamphetamine from defendant TAMIR SHAKOOR KENNEDY.

7. Just prior to the transaction with the CS, defendant STEPHEN MACKEY left his residence at 2511 Ingersoll Street carrying a black plastic bag which he handed to defendant TAMIR SHAKOOR KENNEDY.

8. Defendant TAMIR SHAKOOR KENNEDY walked off with the black plastic bag and placed it on the ground in a parking lot on the 2400 block of Ingersoll Street, within 1,000 feet of the real property comprising a public secondary school, that is, the Vaux Big Picture High School located at 2300 W. Master Street, Philadelphia, Pennsylvania, near where the CS was waiting.

9. Defendant TAMIR SHAKOOR KENNEDY collected $840 from the CS in exchange for a bag containing approximately 193 grams of methamphetamine.

On or about September 3, 2026, in Philadelphia:

10. Defendant TAMIR SHAKOOR KENNEDY arranged a sale of methamphetamine to the CS.

11. One minute before meeting with the CS, a phone used by defendant TAMIR SHAKOOR KENNEDY placed a phone call to a phone used by defendant STEPHEN MACKEY.

12. Defendant TAMIR SHAKOOR KENNEDY met with the CS at a parking lot on the 2400 block of Ingersoll Street, where the CS provided defendant TAMIR SHAKOOR KENNEDY $1,500 for a pound of methamphetamine.

13. Defendant TAMIR SHAKOOR KENNEDY left the parking lot and met with defendant STEPHEN MACKEY, who handed defendant TAMIR SHAKOOR KENNEDY a black plastic bag.

14. Defendant TAMIR SHAKOOR KENNEDY proceeded back to the parking lot at the 2400 block of Ingersoll Street, within 1,000 feet of the real property comprising a public secondary school, that is, the Vaux Big Picture High School located at 2300 W. Master Street, Philadelphia, Pennsylvania, where the CS was waiting.

15. Defendant TAMIR SHAKOOR KENNEDY met with the CS and left a black plastic bag on the ground. The CS immediately retrieved the bag, which contained approximately 426.5 grams of methamphetamine.

16. Defendant TAMIR SHAKOOR KENNEDY collected an additional $100 from the CS for the methamphetamine.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 28, 2025, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**TAMIR SHAKOOR KENNEDY,**
**a/k/a "King Mir,"**

knowingly and intentionally distributed 50 grams or more, that is, approximately 383.1 grams, of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 28, 2025, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**TAMIR SHAKOOR KENNEDY,**
**a/k/a "King Mir,"**

knowingly and intentionally distributed 50 grams or more, that is, approximately 383.1 grams, of methamphetamine, a Schedule II controlled substance, within 1,000 feet of the real property comprising a public secondary school, that is, the Vaux Big Picture High School, located at 2300 W. Master Street, Philadelphia, Pennsylvania.

In violation of Title 21, United States Code, Sections 860(a), 841(a)(1), (b)(1)(A).

**COUNT FOUR**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 18, 2025, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**TAMIR SHAKOOR KENNEDY,**
**a/k/a "King Mir,"**

knowingly and intentionally distributed 50 grams or more, that is, approximately 254.1 grams, of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A).

**COUNT FIVE**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 18, 2025, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**TAMIR SHAKOOR KENNEDY,**
**a/k/a "King Mir,"**

knowingly and intentionally distributed 50 grams or more, that is, approximately 254.1 grams, of methamphetamine, a Schedule II controlled substance, within 1,000 feet of the real property comprising a public secondary school, that is, the Vaux Big Picture High School, located at 2300 W. Master Street, Philadelphia, Pennsylvania.

In violation of Title 21, United States Code, Sections 860(a), 841(a)(1), (b)(1)(A).

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 27, 2026, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**TAMIR SHAKOOR KENNEDY,**
**a/k/a "King Mir," and**
**STEPHEN MACKEY**

knowingly and intentionally distributed, and aided and abetted the distribution of, 50 grams or more, that is, approximately 246.5 grams, of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT SEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 27, 2026, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**TAMIR SHAKOOR KENNEDY,**
**a/k/a "King Mir," and**
**STEPHEN MACKEY**

knowingly and intentionally distributed, and aided and abetted the distribution of, 50 grams or more, that is, approximately 246.5 grams, of methamphetamine, a Schedule II controlled substance, within 1,000 feet of the real property comprising a public secondary school, that is, the Vaux Big Picture High School, located at 2300 W. Master Street, Philadelphia, Pennsylvania.

In violation of Title 21, United States Code, Sections 860(a), 841(a)(1), (b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT EIGHT**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 6, 2026, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**TAMIR SHAKOOR KENNEDY,**
**a/k/a "King Mir,"**

knowingly and intentionally distributed 50 grams or more, that is, approximately 407.4 grams, of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A).

## COUNT NINE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 6, 2026, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**TAMIR SHAKOOR KENNEDY,**
**a/k/a "King Mir,"**

knowingly and intentionally distributed 50 grams or more, that is, approximately 407.4 grams, of methamphetamine, a Schedule II controlled substance, within 1,000 feet of the real property comprising a public secondary school, that is, the Vaux Big Picture High School, located at 2300 W. Master Street, Philadelphia, Pennsylvania.

In violation of Title 21, United States Code, Sections 860, 841(a)(1), (b)(1)(A).

**COUNT TEN**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 18, 2026, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**TAMIR SHAKOOR KENNEDY,**
**a/k/a "King Mir," and**
**STEPHEN MACKEY**

knowingly and intentionally distributed, and aided and abetted the distribution of, 50 grams or more, that is, approximately 193 grams, of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT ELEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 18, 2026, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**TAMIR SHAKOOR KENNEDY,**
**a/k/a "King Mir," and**
**STEPHEN MACKEY**

knowingly and intentionally distributed, and aided and abetted the distribution of, 50 grams or more, that is, approximately 193 grams, of methamphetamine, a Schedule II controlled substance, within 1,000 feet of the real property comprising a public secondary school, that is, the Vaux Big Picture High School, located at 2300 W. Master Street, Philadelphia, Pennsylvania.

In violation of Title 21, United States Code, Sections 860(a), 841(a)(1), (b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT TWELVE**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 3, 2026, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**TAMIR SHAKOOR KENNEDY,**
**a/k/a "King Mir," and**
**STEPHEN MACKEY**

knowingly and intentionally distributed, and aided and abetted the distribution of, 50 grams or more, that is, approximately 426.5 grams, of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT THIRTEEN**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 3, 2026, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**TAMIR SHAKOOR KENNEDY,
a/k/a "King Mir," and
STEPHEN MACKEY**

knowingly and intentionally distributed, and aided and abetted the distribution of, 50 grams or more, that is, approximately 426.5 grams, of methamphetamine, a Schedule II controlled substance, within 1,000 feet of the real property comprising a public secondary school, that is, the Vaux Big Picture High School, located at 2300 W. Master Street, Philadelphia, Pennsylvania.

In violation of Title 21, United States Code, Sections 860(a), 841(a)(1), (b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT FOURTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 16, 2026, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**TAMIR SHAKOOR KENNEDY,**
**a/k/a "King Mir,"**

knowingly and intentionally distributed 50 grams or more, that is, approximately 419.7 grams, of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A).

## COUNT FIFTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 16, 2026, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**TAMIR SHAKOOR KENNEDY,**
**a/k/a "King Mir,"**

knowingly and intentionally distributed 50 grams or more, that is, approximately 419.7 grams, of methamphetamine, a Schedule II controlled substance, within 1,000 feet of the real property comprising a public secondary school, that is, the Vaux Big Picture High School, located at 2300 W. Master Street, Philadelphia, Pennsylvania.

In violation of Title 21, United States Code, Sections 860, 841(a)(1), (b)(1)(A).

**NOTICE OF FORFEITURE**

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violations of Title 21, United States Code, Sections 846, 860(a), and 841(a)(1), and set forth in this indictment, defendants

**TAMIR SHAKOOR KENNEDY,**
**a/k/a "King Mir," and**
**STEPHEN MACKEY**

shall forfeit to the United States of America:

(a) any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations and ;

(b) any property constituting, or derived from, proceeds obtained directly or indirectly from the commission of such violations, including all United States Currency.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

**A TRUE BILL:**

[redacted]

/FOR

**DAVID METCALF**
**United States Attorney**

*No.*__________

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

TAMIR SHAKOOR KENNEDY a/k/a "King Mir"
STEPHEN MACKEY

INDICTMENT

**21 U.S.C. §§ 846, 860(a), 841(a)(1), (b)(1)(A) (conspiracy to distribute 50 grams or more of methamphetamine within 1,000 feet of a protected location – 1 count)**
**21 U.S.C. § 841(a)(1), (b)(1)(A) (distribution of 50 grams or more of methamphetamine – 7 counts)**
**21 U.S.C. § 860(a) (distribution of methamphetamine within 1,000 feet of a protected location – 7 counts)**
**18 U.S.C. § 2 (aiding and abetting)**
**Notices of forfeiture**

[redacted]